1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 09-4569 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| ROBERT W. WILLIAMS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Robert W. Williams, in the principal amount of $2,733.98 plus interest accrued to June 17, 2009, in the sum of $3,359.26; with interest accruing thereafter at $0.56 daily rate until entry of judgment, administration costs in the amount of $5.96, for a total amount of **$6,099.20**.

DATED: 07/02/2009            By: TERRY NAFISI
                                  Clerk of the Court

                                  A. KANNIKE
                                  Deputy Clerk
                                  United States District Court